DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARTHUR GENOVESE,**
Petitioner,

v.

**MARK INCH,** Secretary,
**STATE OF FLORIDA DEPARTMENT OF CORRECTIONS,**
Respondent.

No. 4D19-3000

[February 5, 2020]

Petition for writ of habeas corpus to the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Steven J. Levin, Judge; L.T. Case No. 432019CA000497.

Arthur Genovese, Indiantown, pro se.

No appearance required for respondent.

PER CURIAM.

We redesignate this proceeding as an appeal from the trial court's final order dismissing the habeas corpus petition that was filed below. We treat the petition for writ of certiorari as the initial brief and summarily affirm. Fla. R. App. P. 9.315(a). The trial court properly dismissed the habeas corpus petition as unauthorized as it attempted to bring an unauthorized postconviction challenge to a criminal conviction entered by another circuit court. *See Baker v. State*, 878 So. 2d 1236, 1245 (Fla. 2004); *Buss v. Reichman*, 53 So. 3d 339, 344 (Fla. 4th DCA 2011).

*Summarily affirmed.*

WARNER, MAY and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***